IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS GONZALEZ, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-593-M (BH) |
| | § | |
| ABEL LOPEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING AS MODIFIED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant Abel Lopez's Motion for Summary Judgment*, filed July 3, 2007. Objections were filed, and the District Court has made a de novo review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. Except for this Court's decision to remand, rather than dismiss, the state claim, the objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant Abel Lopez's Motion for Summary Judgment* is **GRANTED** for Plaintiff's claims arising under 42 U.S.C. § 1983. Plaintiff's claim of malicious prosecution arising under state law is **REMANDED** to the state court for consideration.

SIGNED this 6th day of February, 2008.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS